UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/1/2020_
```

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                 Plaintiff,

-against-

FISHUSA, INC.,

                 Defendant.

20 Civ. 6589 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 28, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by November 25, 2020, in advance of the initial pretrial conference scheduled for December 3, 2020. ECF No. 13. Those submissions are overdue.

    Accordingly, by **December 2, 2020**, at **2:00 p.m.**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall file a letter requesting an adjournment of the conference.

    SO ORDERED.

Dated: December 1, 2020
       New York, New York

                                                   ANALISA TORRES
                                         United States District Judge